UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOPE MARTIN TONEY, ET AL

VERSUS

CODY L. RIMES, ET AL

CIVIL ACTION

NO. 16-736-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 9, 2017 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff's Motion to Remand (Doc. No. 5) is DENIED.

Baton Rouge, Louisiana, this /s/ day of March, 2017.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE